IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| IN RE: | ROBERT RASH | * | CHAPTER 13 BANKRUPTCY |
|---|---|---|---|
| | PEGGY RASH | * | Case No. 08-80438 |
| | | * | |

## MOTION TO TRANSFER VENUE

**COME NOW,** the above named debtors and pursuant to the Bankruptcy Rules, and move this Court to transfer venue in this case to the Middle District of Georgia, Columbus Division, and show as follows:

1.

This matter was originally filed on April 12, 2008, in the Middle District of Alabama. This venue is an inconvenient forum for the debtors and the Middle District of Georgia, Columbus Division, is a more convenient forum for the Debtors.

2.

Attorney Walter F. Johnson is licensed to practice law in the state of Alabama and his license number is ASB7181N72W. Walter F. Johnson has agreed to act as local counsel in this matter on behalf of the debtors.

**WHEREFORE**, the debtors pray that this Court issue an order transferring this case to the Middle District of Georgia, Columbus Division.

Respectfully submitted this 14th day of April, 2008.

>    */s/ Elizabeth W. McBride*
>    Elizabeth W. McBride
>    Attorney for Debtor

745 First Avenue
P.O. Box 59
Columbus, Georgia 31902-0059;(706) 324-4607

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ROBERT RASH | * | CHAPTER 13 BANKRUPTCY |
| | PEGGY RASH | * | Case No. 08- |
| | | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Motion to Transfer Venue upon the Chapter 13 Trustee, Curtis C. Redding, Post Office Box 173, Montgomery, Alabama 36101; Teresa R. Jacobs, Bankruptcy Administrator, One Church Street, Montgomery, Alabama 36104 and upon the parties on the court matrix of addresses.

This 14th day of April, 2008.

/s/ Elizabeth W. McBride
Elizabeth W. McBride
Attorney for Debtor

745 First Avenue
P.O. Box 59
Columbus, Georgia  31902-0059
(706) 324-4607