UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 08-80438
                                                         Chapter 13
ROBERT HAROLD RASH and
PEGGY MARCHANT RASH,

### ORDER DENYING MOTION TO TRANSFER VENUE

For the reasons set forth in the Court's Memorandum Decision of this date, the Debtors' motion to transfer venue to the Middle District of Georgia (Doc. 4), is DENIED.

Done this the 19th day of June, 2008.

/s/ William R. Sawyer
United States Bankruptcy Judge